

# Fourth Court of Appeals

## San Antonio, Texas

October 22, 2019

No. 04-19-00501-CV

**IN THE MATTER OF M.M.C.D.-E.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01118
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellant's motion for an extension of time to file the appellant's brief is granted. We order counsel for appellant, Amanda Wilhelm, to file the appellant's brief by October 28, 2019. This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further request for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk